IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES ERIC CAGLE                                                              PLAINTIFF

v.                              No. 4:16-cv-702-DPM

JAMES A. BOLTON, Jail Administrator,
Ouachita County Detention Facility                                            DEFENDANT

ORDER

Unopposed recommendation, № 9, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Cagle's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 December 2016