## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JAMES ERIC CAGLE**                                                    **PLAINTIFF**

**v.**                                   **No. 4:16-cv-702-DPM**

**JAMES A. BOLTON, Jail Administrator,**
**Ouachita County Detention Facility**                        **DEFENDANT**

### JUDGMENT

Cagle's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_8 December 2016_